AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Keshawn Wiggins

*Plaintiff(s)*

v.

The City of New York, et al

*Defendant(s)*

Civil Action No. 14 Civ. 749(ARR)(MDG)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sergeant Christopher Rizzo (Tax # 935605)
77th Police Precinct
127 Utica Avenue
Brooklyn, New York 11213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Offices of Wale Mosaku, P.C.
25 Bond Street, 3rd Floor
Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/27/14

ELIZABETH GODDARD
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Keshawn Wiggins | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 14 Civ. 749(ARR)(MDG) |
| The City of New York, et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Police Officer Deven Okvist
77th Police Precinct
127 Utica Avenue
Brooklyn, New York 11213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Offices of Wale Mosaku, P.C.
25 Bond Street, 3rd Floor
Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/27/14



ELIZABETH GODDARD
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Keshawn Wiggins | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 14 Civ. 749(ARR)(MDG) |
| The City of New York, et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Police Officer Stephen Minucci
77th Police Precinct
127 Utica Avenue
Brooklyn, New York 11213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Offices of Wale Mosaku, P.C.
25 Bond Street, 3rd Floor
Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/27/14

ELIZABETH GODDARD
*Signature of Clerk or Deputy Clerk*

